

ORIGINAL

**FILED**
02/23/2022
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 22-0027

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0027

TIMOTHY LONGJAW,

Plaintiff and Appellant,

v.

STATE OF MONTANA, DEPARTMENT OF
ADMINISTRATION RISK MANAGEMENT
AND TORT DIVISION; DEPARTMENT OF
CORRECTIONS, BRIAN GOOTEN, Director;
JAMES SALMONSEN, Warden, Montana State
Prison; BILLIE REICH, Technical Correctional
Services Bureau Chief; JOSPEH CALLAHAN,
Staff Sargent; and DANIEL LAYNE, Supervising
Designee Shift Commander,

Defendants and Appellees.

**FILED**

FEB 23 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Timothy Longjaw has filed a motion for extension of time within which to file his opening brief. Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant has until March 24, 2022, within which to file his opening brief.

DATED this 23 day of February, 2022.

For the Court,

_____
Chief Justice